In the matter of the final account of the executor of HENRY C. DIEHL, deceased.

[Decided May 3d, 1918.]

On appeal from a decree of the prerogative court advised by Vice-Ordinary Foster, whose opinion is reported in *88 N. J. Eq. 310.*

*Mr. J. Harry Hull,* for the appellant.

*Mr. Absalom P. Bachman,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Ordinary Foster.

*For affirmance*—THE CHIEF-JUSTICE, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, WHITE, HEP-PENHEIMER, WILLIAMS, TAYLOR, GARDNER—13.

*For reversal*—None.